UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

LUMIRAM ELECTRIC CORP.,

        Plaintiff,

  - against -

HANOVER INSURANCE CO.,

        Defendant.

------------------------------------------X

08 Civ. 8453(RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-14-09

Sweet, D.J.,

        Defendant's letter, dated October 12, 2009, will be treated as a motion and heard at noon on Wednesday, October 21, 2009, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

        It is so ordered.

New York, NY
October 14, 2009

                              ROBERT W. SWEET
                                  U.S.D.J.